# Court of Appeals
# of the State of Georgia

ATLANTA, __May 20, 2014__

*The Court of Appeals hereby passes the following order:*

**A14I0187.  CHRISTOPHER CORBITT v. STEPHANIE CORBITT.**

Christopher Corbitt's former counsel, Marc Metts, filed an application for immediate review in the Supreme Court, challenging the trial court's order that he pay mediation fees in this divorce case.  The Supreme Court transferred the application to this Court.  Metts also filed a motion to withdraw the application, representing that the parties have settled the case.  Accordingly, Metts's motion to withdraw the application is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __05/20/2014__
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*